# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **CARL DENNIS CALHOUN, II,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00016-P |
| § | |
| **ATTORNEY GENERAL OF TEXAS** § | |
| **et al.,** § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the order dismissing this case (ECF No. 25):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **15th day** of **October, 2020**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE